UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COTRELLE TIDWELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CARRINGTON REAL ESTATE SERVICES (US), LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-00437-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable William Alsup for consideration of whether the case is related to *Tidwell v. JPMC Specialty Mortgage LLC*, 3:16-cv-06149-WHA.

　　　**IT IS SO ORDERED.**

Dated: 2/6/2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Haywood S. Gilliam, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge