IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD COTRELLE TIDWELL, | No. C 17-00437 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING AS MOOT MOTIONS TO DISMISS** |
| CARRINGTON REAL ESTATE SERVICES, LLC, *et al.*, | |
| Defendants. | |

Plaintiff Edward Tidwell has voluntarily dismissed defendants Contra Costa County (including the District Attorney's Office and the Sheriff's Office) (Dkt. No. 47) and the Superior Court of California, County of Contra Costa (Dkt. No. 49). Accordingly, those defendants' pending motions to dismiss (Dkt. Nos. 40, 45) are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: June 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE