IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD COTRELLE TIDWELL,

Plaintiff,

v.

CARRINGTON REAL ESTATE SERVICES, LLC, *et al.*,

Defendants.

No. C 17-00437 WHA

**ORDER DENYING REQUEST TO CONTINUE HEARING**

Plaintiff Edward Tidwell has filed a request to continue tomorrow's hearing on two motions to dismiss his complaint (Dkt. Nos. 44, 60) to September 7, 2017, "to allow the Parties time to resolve this matter in its entirety" (Dkt. No. 73). Insofar as this submission argues the merits of plaintiff's case and requests "that the District Court order Defendants [*sic*] motions denied" (*id.* at 5), it is improper and will not be considered. Otherwise, the mere fact that "settlement discussions are in the making" (*ibid.*) is not reason to delay hearing or decision on defendants' motions. Plaintiff's request to continue tomorrow's hearing is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 2, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE