IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD COTRELLE TIDWELL,

    Plaintiff,

  v.

CARRINGTON REAL ESTATE SERVICES (US), LLC, *et al.*,

    Defendants.

No. C 17-00437 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Carrington Holding Company, LLC; Carrington Real State Services (US), LLC; Carrington Real Estate Services (CA), Inc.; Michelle De Bord-Ridge; Snyder Real Estate Group; Debora Horne Snyder; Elizabeth M. Counts; United States Bankruptcy Court, Northern District of California-Oakland Division; Superior Court of California, County of Contra Costa; Contra Costa County of the District Attorney; Contra Costa County Office of the Sheriff; Naiman Law Group, PC; and Parker Ibrahim & Berg LLC and against Edward Cotrelle Tidwell. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: August 14, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE